**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**


WINDELL GIVANCE                                                    PLAINTIFF

v.                              Case No. 13-2138

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                    DEFENDANT


<u>**JUDGMENT**</u>

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case

is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C.

§ 405(g).

IT IS SO ADJUDGED this 23rd day of April, 2014.



*/s/ P. K. Holmes,* III
_____
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE